**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

|  |  |
|---|---|
| SHANNON WAYNE AGOFSKY,          Petitioner, <br> v. <br> T.J. WATSON, Warden, USP Terre Haute, <br> UNITED STATES OF AMERICA          Respondents. | : <br> :    CIVIL ACTION <br> :    (Capital Habeas Corpus) <br> : <br> :    **No. 22-49** <br> : <br> : <br> : <br> : |

**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
AND FOR APPOINTMENT OF UNDERSIGNED COUNSEL**

Petitioner Shannon Wayne Agofsky, through counsel, respectfully moves the Court for leave to proceed *in forma pauperis* and for appointment of the Federal Community Defender Office for the Eastern District of Pennsylvania, and in support states:

1.      Petitioner is an indigent federal death row inmate incarcerated at the United States Penitentiary in Terre Haute.

2.      The Federal Community Defender Office for the Eastern District of Pennsylvania—which is the federal defender organization for the Eastern District of Pennsylvania—is appointed to represent Mr. Agofsky in his capital proceedings under 28 U.S.C. § 2255 in the Eastern District of Texas, and in that capacity has represented Mr. Agofsky since 2008. Counsel's office represents many other death row inmates in federal courts around the country, including in *United States v. Corley* (N.D. Ind. Case No. 3:02-CR-116), *In re Jackson* (4th Cir. Case No. 16-10), and *Ortiz v. United States* (8th Cir. Case No. 13-3399). Undersigned counsel are experienced in federal habeas corpus proceedings. They are thoroughly familiar with Petitioner's case and maintain regular contact and consultation with Petitioner.

3. Concurrently with this motion, Petitioner is submitting, through undersigned counsel as ancillary to their capital appointment, a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. The petition presents a claim that one of the convictions that was used as an aggravating factor in Petitioner's capital case is invalid under the recent Supreme Court decision in *Borden v. United States*, 141 S. Ct. 1817 (2021). Because *Borden* announced a new statutory rule and not a new constitutional rule, the claim is properly brought under § 2241. This Court is the proper forum for a claim under § 2241 because Petitioner is incarcerated in this district.

4. Petitioner cannot afford private counsel and respectfully requests the appointment of the Federal Community Defender Office ("FCDO") to represent him in this habeas corpus proceeding. Appointment of counsel from the Capital Habeas Unit of the FCDO is in the interest of judicial economy and will ensure that Petitioner's rights are protected in this case as well as his capital case.

5. Petitioner has been incarcerated since 1991. He has no assets or sources of income. Petitioner has been found indigent and has been permitted to proceed in forma pauperis by every court to consider his case, including the United States District Courts for the Eastern District of Texas and Western District of Missouri, the United States Courts of Appeals for the Fifth and Eighth Circuits, and the United States Supreme Court.

6. Petitioner has consented to representation by the FCDO, if this Court grants the appointment motion. The FDPA has recently completed the administrative approvals necessary for it to be appointed to an out-of-district case such as this, including notification to Chief Judge Sykes of the Seventh Circuit, and is prepared to begin representation of Petitioner immediately upon this Court's approval of the appointment.

WHEREFORE, Petitioner respectfully requests that this Honorable Court grant his Motion for Leave to Proceed In Forma Pauperis and for Appointment of Undersigned Counsel. A proposed Order is attached.

Respectfully submitted,

/s/ Claudia Van Wyk

**Claudia Van Wyk**
Bar No. 95130 (PA)
**David Zuckerman**
Bar No. 42885 (PA)
Federal Community Defender Office,
Eastern District of Pennsylvania
The Curtis Center, Suite 545 West
Philadelphia, PA 19106
Telephone: (215) 928-0520
claudia_vanwyk@fd.org
david_zuckerman@fd.org

Dated:  February 9, 2022

## CERTIFICATE OF SERVICE

I, Claudia Van Wyk, hereby certify that on the date of filing, I caused a copy of this petition to be sent by First Class Mail, postage prepaid, to the following persons:

**Traci Lynne Kenner**
U.S. Attorney's Office
110 North College, Suite 700
Tyler, TX 75702

**Joseph Robert Batte**
U.S. Attorney's Office- Beaumont
350 Magnolia, Suite 150
Beaumont, TX 77701

**John Childress**
Acting United States Attorney
Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204–3048


<u>/s/ Claudia Van Wyk</u>
Claudia Van Wyk
*Counsel for Petitioner*

Dated: February 9, 2022

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

|  |  |  |
|---|---|---|
| | : | |
| SHANNON WAYNE AGOFSKY, | : | CIVIL ACTION |
|      Petitioner, | : | (Capital Habeas Corpus) |
| v. | : | |
| T.J. WATSON, Warden, USP Terre Haute, | : | **No.**_____ |
| UNITED STATES OF AMERICA | : | |
|      Respondents. | : | |
| | : | |
| | : | |
| | : | |
| | : | |

**ORDER**

   This cause has come before the Court upon Petitioner's Motion for Leave to Proceed In

Forma Pauperis and for Appointment of Undersigned Counsel, and the Court being fully

advised, it is now ORDERED that:

   The motion be, and hereby is, GRANTED;

   Petitioner is granted leave to proceed *in forma pauperis* in this matter; and

   Counsel from the Capital Habeas Unit of the Federal Community Defender Office for the
Eastern District of Pennsylvania are appointed to represent Petitioner in this case.

Dated: _____       _____