**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| | : | |
| SHANNON WAYNE AGOFSKY, | : | CIVIL ACTION |
| Petitioner, | : | (Capital Habeas Corpus) |
| v. | : | |
| T.J. WATSON, Warden, USP Terre Haute, | : | **No.**_____ |
| UNITED STATES OF AMERICA | : | |
| Respondents. | : | |
| | : | |
| | : | |
| | : | |
| | : | |

**ORDER**

This cause has come before the Court upon Petitioner's Motion for Appointment of

Undersigned Counsel, and the Court being fully advised, it is now ORDERED that:

The motion be, and hereby is, GRANTED;

Counsel from the Capital Habeas Unit of the Federal Community Defender Office for the
Eastern District of Pennsylvania are appointed to represent Petitioner in this case.


Dated: _____              _____