**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

|  |  |  |
|---|---|---|
| | : | |
| SHANNON WAYNE AGOFSKY, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | |
| T.J. WATSON, Warden, USP Terre Haute, | : | **2:22-cv-0049-JRS-DLP** |
| UNITED STATES OF AMERICA | : | |
| Respondents. | : | |
| | : | |
| | : | |
| | : | |
| | : | |

**ORDER**

This cause has come before the Court upon Petitioner's Motion for Appointment of

Undersigned Counsel, and the Court being fully advised, it is now ORDERED that:

The motion, dkt. [6], hereby is GRANTED;

Claudia Van Wyk from the Capital Habeas Unit of the Federal Community Defender
Office for the Eastern District of Pennsylvania is appointed to represent Petitioner in this
case.

SO ORDERED.

Date: 2/14/2022

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel of record via CM/ECF