**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

Shannon Wayne Agofsky,

                Petitioner,

     v.                            No. 2:22-cv-00049-JRS-DLP

T.J. Watson, Warden,

                Respondent.

## ENTRY OF APPEARANCE

Comes now the undersigned Assistant United States Attorney and enters his appearance as

counsel for the United States in the above-styled civil action.

                    Respectfully submitted,

                    ZACHARY A. MYERS
                    United States Attorney

By     /s/ *J. Benton Hurst*

                    J. BENTON HURST
                    Special Assistant United States Attorney

                    Charles Evans Whittaker Courthouse
                    400 East Ninth Street, Suite 5510
                    Kansas City, Missouri 64106
                    Telephone: (816) 426-3122

                    *Attorneys for Respondent*

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on March 28, 2022, to the CM-ECF system of the United States District Court for the Southern District of Indiana for electronic delivery to all counsel of record.

Claudia Van Wyk
David Zuckerman
Federal Community Defender Office
601 Walnut Street, Suite 545
West Philadelphia, PA 19106


_/s/ J. Benton Hurst_
J. Benton Hurst
Special Assistant United States Attorney