**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

Shannon Wayne Agofsky,

          Petitioner,

     v.

T.J. Watson, Warden,

          Respondent.

No. 2:22-cv-00049-JRS-DLP

**EXHIBIT APPENDIX FOR THE GOVERNMENT**

The United States respectfully submits the following exhibits from Shannon Agofsky's criminal case in the Western District of Missouri, No. 3:92-cr-05006, in support of its response in opposition to Agofsky's petition for habeas corpus.

       Exhibit 1: Superseding Indictment
       Exhibit 2: Verdict Form
       Exhibit 3: Judgment
       Exhibit 4: Jury Instructions Given

          Respectfully submitted,

          ZACHARY A. MYERS
          United States Attorney

    By    /s/ *J. Benton Hurst*

          BRIAN P. CASEY
          J. BENTON HURST
          Special Assistant United States Attorneys

          Charles Evans Whittaker Courthouse
          400 East Ninth Street, Suite 5510
          Kansas City, Missouri   64106
          Telephone:   (816) 426-3122

          *Attorneys for Respondent*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was delivered on March 28, 2022, to the CM-ECF system of the United States District Court for the Southern District of Indiana for electronic delivery to all counsel of record:

<u>  /s/ *J. Benton Hurst*            </u>
J. Benton Hurst
Special Assistant United States Attorney