# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHANNON WAYNE AGOFSKY,<br>[DOB:  3/11/71]<br><br><br><br><br>JOSEPH ANTHONY AGOFSKY,<br>[DOB:  7/23/66]<br><br>Defendants. | Criminal No. 92-05006-01/02-CR-SW-4<br><br>**Count One:** 18 U.S.C. § 371<br>NMT:5 years and/or $250,000<br>Supervised Release: NMT 3 Years<br>[Class D Felony]<br><br>**Count Two:** 18 U.S.C. § 2113(a),(d) and (e)<br>NLT: 10 years<br>Supervised Release:  NMT 5 Years<br>[Class A Felony]<br><br>**Count Three:** 18 U.S.C. § 924(c)<br>Mandatory 5 year term consecutive to any other sentence<br>Supervised Release:  NMT 3 years<br>[Class D Felony]<br><br>$50 Mandatory Penalty Assessment on each Count |

## S U P E R S E D I N G    I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

### Count One

From on or about June 13, 1989, to October 6, 1989, in McDonald County, in the Western District of Missouri, and elsewhere, **SHANNON WAYNE AGOFSKY** and **JOSEPH ANTHONY AGOFSKY**, the defendants, herein, along with another unknown to the Grand Jury, willfully and knowingly did combine, conspire and agree together, to commit the following offense against the United States, that is, to rob, by use of a firearm, the State Bank of Noel, the deposits of which then were insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a) and (d), and in committing the aforesaid offense, and in

ORIGINAL

GOVERNMENT EXHIBIT

1

D.O.C. #

avoiding and attempting to avoid apprehension for such robbery, did force Dan Lee Short, against his consent, to accompany them from the State of Arkansas into the State of Missouri and then into the state of Oklahoma where **SHANNON WAYNE AGOFSKY** and **JOSEPH ANTHONY AGOFSKY** did kill Dan Lee Short by drowning him, in violation of Title 18, United States Code, Section 2113(e).

### OVERT ACTS

In furtherance of the said conspiracy, and to effect the objects thereof, the conspirators performed the following overt acts:

1. On or about June 13, 1989, **JOSEPH ANTHONY AGOFSKY** did make inquiry of an officer and employee of The State Bank of Noel as to where bank president Dan Lee Short lived.

2. During September, 1989, **SHANNON WAYNE AGOFSKY** and **JOSEPH ANTHONY AGOFSKY** did attempt to obtain a floor plan or blueprint of The State Bank of Noel.

3. On or about October 1, 1989, **SHANNON WAYNE AGOFSKY** did take, from near a tree at his residence, a chain hoist set and did take from adjacent rental property of his mother a concrete cinder block.

4. During the early morning hours of October 6, 1989, **SHANNON WAYNE AGOFSKY** and **JOSEPH ANTHONY AGOFSKY** did travel to the home of Dan Lee Short in Benton County, Arkansas.

5. During the early morning hours of October 6, 1989, **SHANNON WAYNE AGOFSKY** and **JOSEPH ANTHONY**

AGOFSKY did take Dan Lee Short's Dodge pick up truck and use it in transporting Dan Lee Short from his home to The State Bank of Noel.

6. Then, **SHANNON WAYNE AGOFSKY** and **JOSEPH ANTHONY AGOFSKY** did force Dan Lee Short to admit them to The State Bank of Noel, from which they stole about $71,562.25.

7. Thereafter, still during the early morning hours of October 6, 1989, Dan Lee Short was taped by **SHANNON WAYNE AGOFSKY** onto a wooden chair, to which the chain hoist set and the concrete cinder block were added as weight.

8. Then, using their mother's 1978 Ford Van, **SHANNON WAYNE AGOFSKY** and **JOSEPH ANTHONY AGOFSKY** drove Dan Lee Short to the Cowskin Bridge in Delaware County, Oklahoma, and dropped him over the side of the bridge and into Grand Lake.

All in violation of Title 18, United States Code, Section 371.

### Count Two

On or about October 6, 1989, in McDonald County, in the Western District of Missouri, **SHANNON WAYNE AGOFSKY** and **JOSEPH ANTHONY AGOFSKY**, by force and violence and by intimidation, did take from the person and presence of Dan Lee Short, money belonging to and in the care, custody, control, management and possession of the State Bank of Noel, the deposits of which then were insured by

3

the Federal Deposit Insurance Corporation, and **SHANNON WAYNE AGOFSKY** and **JOSEPH ANTHONY AGOFSKY**, in committing the aforesaid offense, did assault Dan Lee Short by means of a dangerous weapon, that is, a firearm, and further, in committing such offense **SHANNON WAYNE AGOFSKY** and **JOSEPH ANTHONY AGOFSKY** did force Dan Lee Short, against his consent, to accompany them from Benton County, Arkansas into Noel, Missouri, and, finally, in avoiding and attempting to avoid apprehension for such offense, **SHANNON WAYNE AGOFSKY** and **JOSEPH ANTHONY AGOFSKY** did force Dan Lee Short, against his consent, to accompany them from Noel, Missouri, into Delaware County, Oklahoma, where **SHANNON WAYNE AGOFSKY** and **JOSEPH ANTHONY AGOFSKY** did kill Dan Lee Short by drowning him; all in violation of Title 18, United States Code, Section 2113(a),(d) and (e) and Section 2.

## Count Three

On or about October 6, 1989, in McDonald County, in the Western District of Missouri, **SHANNON WAYNE AGOFSKY** and **JOSEPH ANTHONY AGOFSKY**, during and in relation to a felony crime of violence for which they could be prosecuted in a court of the United States, that is, robbery of a federally insured bank, as charged in **Count Two** above, knowingly did use and carry a firearm, that is, a .45 caliber handgun; all in violation of Title 18, United States Code, Section 924(c)(1) and Section 2.

_Shelley L. Stokes_
**FOREPERSON**

_Michael A. Jones_
**MICHAEL A. JONES**
Assistant United States Attorney

4