## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHWESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 90-05006-01-CR-SW-4 |
| SHANNON WAYNE AGOFSKY, | ) |
| Defendant. | ) |

### VERDICT FORMS

#### COUNT ONE

We, the jury, in the above-styled case find the defendant

SHANNON WAYNE AGOFSKY, _____Guilty_____ of conspiracy to
(Guilty/Not Guilty)

commit aggravated bank robbery, as charged in Count One of the

indictment.

_Kenneth Larimore_
FOREPERSON

#### COUNT TWO

We, the jury, in the above-styled case find the defendant

SHANNON WAYNE AGOFSKY, _____Guilty_____ of aggravated
(Guilty/Not Guilty)

bank robbery, as charged in Count Two of the indictment.

_Kenneth Larimore_
FOREPERSON

FILED
SEP 2 2 1992
R. F. CONNOR CLK.
U.S. DISTRICT COURT
WEST DISTRICT
OF MISSOURI

GOVERNMENT
EXHIBIT
2

ORIGINAL

D.O.C. # 196

## COUNT THREE

We, the jury, in the above-styled case find the defendant SHANNON WAYNE AGOFSKY, _____Guilty_____ of using a
                                    (Guilty/Not Guilty)

firearm in relation to the commission of aggravated bank robbery

as charged in Count Three of the indictment.

Kenneth Larimore
FOREPERSON

9-22-92