# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHANNON WAYNE AGOFSKY, | : | CIVIL ACTION |
| Petitioner, | : | (Capital Habeas Corpus) |
| v. | : | |
| T.J. WATSON, Warden, USP Terre Haute, | : | **No. 2:22-cv-49-JRS-MKK** |
| UNITED STATES OF AMERICA | : | |
| Respondents. | : | |
| | : | |
| | : | |
| | : | |
| | : | |

**ORDER GRANTING PETITIONER'S UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO SHOW CAUSE**

The Court, having reviewed Petitioner's Unopposed First Motion for Extension of Time to Show Cause, and finding that motion to be well taken, hereby ORDERS that the Petitioner, Shannon Wayne Agofsky, shall have until September 26, 2023, to show cause as to why his petition should not be dismissed. *See* Dkt. No. 16.

Entered this _____ day of _____, 2023.

_____
**The Honorable Judge James R. Sweeney II**
**U.S. DISTRICT COURT JUDGE**

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.