UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| SHANNON WAYNE AGOFSKY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )    No. 2:22-cv-00049-JRS-MKK |
| | ) |
| T.J. WATSON Warden, | ) |
| | ) |
| Respondent. | ) |

**FINAL JUDGMENT**

The Court has ordered that this action be **dismissed**. The Court now enters **FINAL JUDGMENT**.

Date: 11/29/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
     Deputy Clerk, U.S. District Court

**IT IS SO ORDERED.**

Distribution:

John Benton Hurst
DOJ-USAO
john.hurst@usdoj.gov

Claudia Van Wyk
American Civil Liberties Union Foundation
cvanwyk@aclu.org