**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

|  |  |  |
|---|---|---|
| SHANNON WAYNE AGOFSKY,<br>Petitioner,<br><br>v.<br><br>T.J. WATSON, Warden, USP Terre Haute,<br>UNITED STATES OF AMERICA,<br>Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Notice of Appeal<br><br>CIVIL ACTION<br>(Capital Habeas Corpus)<br><br>**No. 2:22-cv-49-JRS-MKK** |

**NOTICE OF APPEAL**

Shannon Wayne Agofsky appeals to the United States Court of Appeals for the

Seventh Circuit from the final judgment entered on November 29, 2023.

Respectfully submitted,

/s/ Claudia Van Wyk

Claudia Van Wyk
Senior Staff Attorney
Capital Punishment Project
American Civil Liberties Union
201 W. Main St. Suite 402
Durham, NC 27701
cvanwyk@aclu.org
267-971-6991 (cell)
919-682-5659 (office)
919-433-8533 (direct)

*Attorney for Petitioner Shannon Wayne Agofsky*

**CERTIFICATE OF SERVICE**

I, Claudia Van Wyk, hereby certify that on the date of filing, I caused a copy of

this document to be delivered, via the CM-ECF system of the U.S. District Court for

the Southern District of Indiana, to all counsel of record:

**John Benton Hurst**
DOJ-USAO
United States Attorney's Office
400 E. 9th St., Ste 5510
Kansas City, MO 64106
816-426-3122
Email: john.hurst@usdoj.gov

/s/ Claudia Van Wyk
Claudia Van Wyk
*Counsel for Petitioner*

Dated: January 17, 2024