# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

January 17, 2024

**To:**   Roger A. G. Sharpe
District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 24-1067
>
> Caption:
> SHANNON W. AGOFSKY,
>             Petitioner - Appellant
>
> v.
>
> STEVE KALLIS, Warden,
>             Respondent - Appellee
>
> District Court No: 2:22-cv-00049-JRS-MKK
> Clerk/Agency Rep Roger A. G. Sharpe
> District Judge James R. Sweeney, II
>
> Date NOA filed in District Court: 01/17/2024

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)